# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Megan A. Mitchell

**FILED**
**ASHEVILLE, N.C.**

SEP 2 2014

U.S. DISTRICT COURT
W. DIST. OF N.C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number:   1:14po01

Kevin Marcilliat
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1
☐ pleaded guilty to violation(s)
☐ pleaded not guilty to count(s)
☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.34 | Disorderly conduct | 05/29/14 | 1 |

☐ Counts(s) (is)(are) dismissed on the motion of the United States.
☐ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
☐ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for FIFTEEN (15) DAYS with credit for time served. The defendant is allowed to self surrender when notified by the U. S. Marshal.

This court recommends to the Bureau of Prisons that the defendant be allowed to serve said sentence in a facility in the Eastern District of North Carolina in that is close to the home of the defendant's parents.

That the defendant pay a fine in the amount of $1,000 and $10 assessment. All monies due by 10/30/2014.

Date of Imposition of Sentence: 8/28/2014

_____
Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows:  _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.